1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Prudential Insurance Company of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. Kellie Brimberry; Fiduciary Trust Company International; Fiduciary Trust International of California; Franklin Templeton Companies, LLC,<br><br>　　　　　Defendants. | CV 13-07429 RSWL (AJWx)<br><br>**JUDGMENT RE: PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT [120] AND DEFENDANT P. KELLIE BRIMBERRY'S MOTION FOR SUMMARY JUDGMENT [121]** |
| P. Kellie Brimberry,<br><br>　　　　Cross-Claimant,<br><br>　　v.<br><br>Franklin Templeton Companies, LLC Group Contract G-50408-CA; Fiduciary Trust Company International; Fiduciary Trust International of California; Franklin Templeton Companies, LLC; The Prudential Insurance Company of America; and Does 1 through 50, inclusive,<br><br>　　　　Cross-Defendants. | |

//

1

1   The evidence having been fully considered, the
2 issues having been duly heard, and a decision having
3 been duly rendered,
4   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that
5 judgment be entered in favor of Plaintiff The
6 Prudential Insurance Company of America ("Prudential").
7 All claims against Prudential are dismissed with
8 prejudice and Prudential is dismissed from this Action
9 with prejudice.

11 **IT IS SO ORDERED.**

13 DATED: July 11, 2014     RONALD S.W. LEW
                            _____
14                          **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge

2